**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY**

I, YOLANDA SBAFFONI, declare and state as follows:

1. I am over the age of eighteen years and not a party to this action. The facts set forth below me are known to me personally and I have first-hand knowledge of them. If called as a witness, I could and would, testify competently, under oath to such facts.

2. I am employed by JP Morgan Chase Bank, National Association, "Secured Creditor" herein, and am familiar with the subject Deed of Trust and loan in favor of Secured Creditor herein, and the subject Bankruptcy case.

3. I am familiar with the manner and procedure by which the records of Secured Creditor are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by employees or agents at Secured Creditor in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by persons with such knowledge. It is my business practice to maintain these records in the regular course of business.

4. Secured Creditor is the real party in interest in this pending motion as they are the current beneficiary under the terms of a promissory note and/or Deed of Trust attached hereto.

5. The subject real property securing the Deed of Trust loan is commonly known as 5179 Leo Street, San Diego, CA 92115, and legally described as set forth in **Exhibit "A"**.

6. A true and correct copy of the Assignment transferring the Deed of Trust to JP Morgan Chase Bank, National Association as Trustee is attached hereto as **Exhibit "C"**. Furthermore, Secured Creditor is the holder and in actual physical possession of the original Promissory Note dated 07/25/2006 in the principal amount of $109,000.00 which is secured by the Deed of Trust of the same date. **See Exhibit "B"**. Secured Creditor was in possession of the original Note prior to the filing of the underlying bankruptcy Petition on 07/31/2009.

7. The Debtor filed this subject bankruptcy petition on 07/31/2009.

8. The current value of the Debtor's subject Property is $422,000.00, based upon the Debtor's own value as set forth in Schedule A. **See Exhibit "D"**.

9. Other than Secured Creditor's Deed of Trust, the Debtor's subject Property is also encumbered by a First Deed of Trust in favor of GMac Mortgage Llc in the approximate amount of $457,282.00 as set forth in Schedule D. **See Exhibit "E"**.

10. In the present case, the Debtor has little or no equity in the Property, as evidenced by the approximate market value compared to the total liens against the Property, principally that of Secured Creditor herein and the other liens as noted in this Motion.

| | | |
|---|---|---|
| Value | $ | 422,000.00 |
| Total Liens to Secured Creditor | $ | 120,989.80 |
| Senior Liens | $ | 457,282.00 |
| Equity | $ | (156,271.80) |

11. Based on the foregoing, Secured Creditor alleges that there is little or no equity in the subject Property, the subject Property is not necessary for an effective reorganization, and Secured Creditor is not adequately protected. Secured Creditor is not receiving regular monthly payments, and is unfairly delayed from proceeding with the foreclosure of the subject Property. Accordingly, relief from the automatic stay should be granted to Secured Creditor pursuant to 11 U.S.C. § 362(d)(1) and (2).

12. Pursuant to the terms of the Note and/or Deed of Trust, a payment received is applied to the account and credited to the next due payment. For example, a payment received in December will be applied to the November payment if no payment had been received in November.

//
//
//
//
//
//

13. With respect to Secured Creditor s Deed of Trust as of August 4, 2009, the following is now due:

| | | | | | |
|---|---|---|---|---|---:|
| Unpaid Principal Balance: | | | | $ | 108,142.98 |
| DELINQUENCIES: | | | | | |
| Monthly Payments: | 11 | at | $1,025.11 | $ | 11,276.21 |
| (10/08 through 08/09) | | | | | |
| Late Charges: | 1 | at | $738.06 | $ | 738.06 |
| Other Items: | | | | $ | 32.55 |
| Bankruptcy Attorney Fee: | | | | $ | 650.00 |
| Bankruptcy Filing Fee | | | | $ | 150.00 |
| Total Delinquencies: | | | | $ | 12,846.82 |

14. The next scheduled monthly payment is due 09/01/2009 and continuing each month thereafter. Late charges are due on the 16th day of each month if payment is not received by the 15th of the month when due.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed SEP 1 1 2009, at ____Jacksonville____ (city), ____Florida____ (state).

*[signature]*

7

File No. CA09-36532, Case No. 09-11316-LA7
Declaration