**CSD 2018** [03/26/99]
Name, Address, Telephone No. & I.D. No.

NANCY L. WOLF, TRUSTEE
P.O. Box 420448
San Diego, CA 92142
Telephone: (619) 239-9653
Facsimile: (858) 279-9610

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

MARIANO R. CONTRERAS

BANKRUPTCY NO. 09-11316-LA7

Debtor.

## REPORT OF ABANDONMENT OF REAL PROPERTY

Pursuant to Local Bankruptcy Rule 6007, the undersigned Trustee hereby reports and represents that:

1. On August 30, 2009, due notice of the Trustee's intent to abandon the property described herein was mailed to the debtor, the debtor's attorney and such other parties as required by Local Bankruptcy Rule 6007.

2. The time for filing a request for hearing has expired without an objection or request for hearing having been received by the undersigned.

3. The Trustee hereby abandons and forever disclaims any further interest in and to the following described real property of the debtor herein, to wit: (Provide full legal description and street address - use continuation sheet if necessary.)

Real property located at: 5179 Leo St., San Diego, CA 92115

4. The right of possession of the abandoned property is hereby relinquished to the debtor, to be assumed at no cost to the undersigned.  Said abandonment is subject to and without prejudice to any rights of any entity holding a valid lien against the property or of any right of redemption that may be exercised by the debtor under 11 U.S.C. § 722.

I hereby declare under penalty of perjury that the foregoing statements are true to the best of my knowledge and belief.

DATED: October 23, 2009

/s/ Nancy L. Wolf
Signature of Trustee

**CSD 2018**

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on  23   day of  October           ,  2009  , I served a true copy of the within REPORT OF ABANDONMENT OF REAL PROPERTY by [describe here mode of service] deposit in a sealed envelope in the United States Mail at San Diego, California with first-class postage prepaid and addressed

on the following persons [set forth name and address of each person served]:

UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

Brian J. McGoldrick, Esq.
739 4th Ave., Suite 204
San Diego, CA 92101

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  October 23, 2009           /s/ Nancy L. Wolf
                    (Date)                Typed Name and Signature)

                                          P.O. Box 420448
                                          (Address)

                                          San Diego, CA 92142
                                          (City, State, ZIP Code)

`CSD 2018`